UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 6:08-cr-157-Orl-28KRS

MARIANNE MARRA,

    Defendant.

_____

## ORDER

This case is before the Court on Defendant's Motion entitled "Motion for Nunc Pro Tunc" (Doc. No. 73). Defendant essentially seeks credit for time served in the state court and while she was awaiting transport to Danbury Federal Correctional Institution. *Id.*

Credit for time served may be sought by filing a petition for writ of habeas corpus pursuant 28 U.S.C. § 2241 after a prisoner exhausts their administrative remedies. *United States v. Pruitt*, 417 F. App'x 903, 903-04 (11th Cir. 2011); *United States v. Nyhuis*, 211 F.3d 1340, 1345 (11th Cir. 2000). However, a § 2241 petition "may be brought only in the district court for the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991); *United States v. Plain*, 748 F.2d 620, 621 (11th Cir. 1984). Defendant is incarcerated at Danbury Federal Correctional Institution, which is located in the District of Connecticut. As such, the Court does not have jurisdiction to grant Defendant the relief she seeks. Accordingly, Defendant's motion is **DENIED** without

prejudice to her right to file a § 2241 petition in the District of Connecticut seeking credit for time served.

DONE AND ORDERED at Orlando, Florida, this _12_ day of March, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 3/13
Marianne Marra
Counsel of Record